## PEOPLE v. NOBLE.

### No. 7736; June 27, 1883.

**Dedication.**—Noble's Alley in San Francisco was not dedicated as a public street.

APPEAL from Superior Court, San Francisco.

L. Quint and J. W. Winans for appellant; E. J. Pringle for respondent.

By the COURT.—We are of the opinion that the proofs fail to sustain the allegation of the complaint and the finding of the court that the alleyway denominated Noble's Alley was a public street and highway, accepted as such by the city and county, in that they fail to show a dedication as such by the owner.

Judgment and order reversed and cause remanded for a new trial.